MARTIN, Appellants.— Appeal dismissed, with costs. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

HARRY BOBROW, Appellant, v. JOSEPH PALATNICK, Respondent, and Others, Defendants.— Motion denied, and stay vacated. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

FRED S. BRYANT and EMMA H. BRYANT, Appellants, v. ANNA H. SHAW, Respondent, and Others, Defendants.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

IDA M. H. DENIKE, Respondent, v. JOHN B. HALSTED and Others, Appellants.— Motion for stay granted, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

SAMUEL I. EPSTEIN, Respondent, v. ROSE GLUCKIN, Appellant, and Another, Defendant.— Motion granted in so far as it resettles the order specifying the reversed findings, and otherwise denied. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ. Settle order before Mr. Justice Blackmar.

FOX FILM CORPORATION, Respondent, v. STUARD HIRSCHMAN and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

FOX FILMS CORPORATION, Respondent, v. STUARD HIRSCHMAN and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

HENRIETTE GARLISCH, as Administratrix, etc., of OTTO GARLISCH, Deceased, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.— Motion denied on condition that appellant perfect the appeal, place the cause on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

JOHN GASS, Appellant, v. JOHN GLUCKIN, Respondent.— Motion denied on condition that appellant perfect the appeal, place the cause on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J.; Mills, Rich, Putnam and Kelly, JJ.

FRANCES GASS, Appellant, v. JOHN GLUCKIN, Respondent.— Motion denied on condition that appellant perfect the appeal, place the cause on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

LENA GOLD, as Administratrix, etc., of BENJAMIN GOLD, Deceased, Appellant, v. SAMUEL ALPERT (Amended to Read SOLOMON ALPERT), and Another, Individually and as Copartners, etc., Respondents.— Motion denied on condition that appellant perfect the appeal, place the cause on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. An order denying a motion for a new trial is not now necessary to review the facts upon appeal from the judgment. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.